# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEYWEE OWENS,**

      **Plaintiff,**

v.                                                                     Case No:   6:16-cv-2149-Orl-22GJK

**THE ADVOCATOR GROUP, LLC,**

      **Defendant.**

## ORDER

This cause is before the Court on Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. No. 22) filed on May 26, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 11, 2017 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice is hereby GRANTED. The Court finds the settlement to be a fair and reasonable resolution of a bona fide dispute under the FLSA.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 18, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record